AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Yannick A. Minang | ) | Case No. 19-MJ-1216-DLC |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  April 1, 2019 and April 5, 2019  in the county of  Norfolk  in the
District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1956(h) | Money Laundering Conspiracy |

This criminal complaint is based on these facts:

See the attached Affidavit of FBI Special Agent Andrea Sciolino.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andrea Sciolino, FBI Special Agent
*Printed name and title*

Sworn to me and signed in my presence.

Date: 6/29/2019

_____
*Judge's signature*

City and state: Boston, MA

Donald Cabell, USMJ
*Printed name and title*